In the Matter of the Claim of GEORGE C. LENO, Appellant, against JAMES CROSS and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted to the State Industrial Board to permit claimant, if he is so advised, to introduce further proof as to the happening of an accident. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of MARY CLEERE, Respondent, against CHESTER FIVE AND TEN CENT FOOD STORES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ZOPHIA PIEKLOWSKI and LOTTIE PIEKLOWSKI, Appellants, against SOLOMON HOLZHEIMER and Another, Doing Business as HOLZHEIMER & SHAUL, and ROYAL INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted, with costs against the State Industrial Board, on the ground that the dependency of the mother and of the sister of the deceased was conceded by the insurance carrier; settlement was negotiated at $3,500, approved by the district director of the Bureau of Rehabilitation; the State Industrial Board declined to approve the settlement, and later rescinded the finding of dependency and the award of death benefits, and made an award to the special funds. This reversal is in the interests of justice. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of HILDA RUMPF (PETERS), Respondent, against BORN GARAGE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of SALVATORE PECARRARO, Respondent, against LOUIS KRAFCHICK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.